# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

CONSOLIDATED RAIL CORPORATION,

        Petitioner

        v.

ACE PROPERTY & CASUALTY INSURANCE CO. (FORMERLY AETNA INS. CO.), ALLIANZ GLOBAL RISKS U.S. INSURANCE CO.(FORMERLY ALLIANZ INS. CO.), ALLIANZ UNDERWRITERS INSURANCE CO., ALLSTATE INSURANCE CO. (AS SUCCESSOR IN INTEREST TO NORTHBROOK EXCESS & SURPLUS INS. CO. A/K/A NORTHBROOK INS. CO.),AMERICAN HOME ASSURANCE CO. (AMERICAN INTERNATIONAL GROUP), AMERICAN MOTORISTS INSURANCE CO.(KEMPER), AVIVA INSURANCE CO. OF CANADA (U.S. BRANCH),(FORMERLY GAN GENERAL INS. CO. (FORMERLY SIMCOE & ERIE GENERAL INS. CO.)), BIRMINGHAM FIRE INSURANCE CO. OF PA. (AMERICAN INTERNATIONAL GROUP), BRITAMCO UNDERWRITERS, INC.C/O DEVONSHIRE GROUP, CENTURY INDEMNITY CO. (SUCCESSOR IN INTEREST TO CIGNA SPECIALTY INS. CO. (FORMERLY CALIFORNIA UNION INSURANCE CO.) AND AS SUCCESSOR TO CCI INSURANCE CO., SUCCESSOR TO INSURANCE CO. OF NORTH AMERICA), CONTINENTAL INSURANCE CO. (IN ITS OWN RIGHT AND AS SUCCESSOR IN INTEREST TO HARBOR INSURANCE CO.)(CNA INSURANCE COS.), EMPLOYERS MUTUAL CASUALTY CO. (EMC INSURANCE

No. 138 EAL 2018

Petition for Allowance of Appeal from the Order of the Superior Court

COS.), EMPLOYERS INSURANCE OF
WAUSAU (FORMERLY EMPLOYERS
MUTUAL OF WAUSAU), EVANSTON
INSURANCE CO., EVEREST
REINSURANCE CO. (FORMERLY
PRUDENTIAL REINSURANCE CO.),
FEDERAL INSURANCE CO. (CHUBB
GROUP OF INS. COS.), FIREMAN'S
FUND INSURANCE CO., FIRST STATE
INSURANCE CO. (HARTFORD
INSURANCE GROUP), GRANITE STATE
INSURANCE CO. (AMERICAN
INTERNATIONAL GROUP), HARTFORD
ACCIDENT & INDEMNITY CO.
(HARTFORD INSURANCE GROUP),
HUDSON INSURANCE CO., INSCO C/O
DEVONSHIRE GROUP, INSURANCE
COMPANY OF THE STATE OF
PENNSYLVANIA (AMERICAN
INTERNATIONAL GROUP), LANDMARK
INSURANCE CO. (AMERICAN
INTERNATIONAL GROUP), LEXINGTON
INSURANCE CO. (AMERICAN
INTERNATIONAL GROUP), LIBERTY
MUTUAL INSURANCE CO., MIDSTATES
REINSURANCE CORP. (FORMERY
MEAD REINSURANCE CORP.),
NATIONAL CASUALTY CO., NATIONAL
UNION FIRE INSURANCE CO. OF
PITTSBURGH, PA (AMERICAN
INTERNATIONAL GROUP),
NORTHWESTERN NATIONAL
INSURANCE CO.(FORMERLY
BELLEFONTE UNDERWRITERS
INSURANCE CO.), OLD REPUBLIC
INSURANCE CO., PACIFIC INSURANCE
CO.(CNA INSURANCE COS.), REPUBLIC
INSURANCE CO., ROYAL INSURANCE
CO. OF AMERICA (FORMERLY ROYAL
GLOBE INS. CO.)(ROYAL & SUN
ALLIANCE INSURANCE GROUP),
SENTRY INSURANCE GROUP (AS
ASSUMPTIVE REINSURER OF GREAT
SOUTHWEST FIRE INS. CO. AND
GREAT SOUTHWEST SURPLUS LINES
INS. CO.), ST. PAUL FIRE & MARINE

INSURANCE CO. (ST. PAUL : 
TRAVELERS COMPANIES), ST PAUL : 
SURPLUS LINES INSURANCE CO. (ST. : 
PAUL TRAVELERS COMPANIES), : 
STONEWALL INSURANCE CO.,TIG : 
INSURANCE CO.(AS SUCCESSOR TO : 
INTERNATIONAL INS. CO. (FORMERLY : 
INTERNATIONAL SURPLUS LINES INS. : 
CO.)(FAIRFAX FINANCIAL (USA) : 
GROUP), TIG PREMIER INSURANCE : 
CO. (FORMERLY TRANSAMERICA INS. : 
CO.)(FAIRFAX FINANCIAL (USA) : 
GROUP),TRAVELERS CASUALTY AND : 
SURETY CO. (FORMERLY ATENA : 
CASUALTY AND SURETY CO.) (ST. : 
PAUL TRAVELERS COMPANIES), : 
TRAVELERS INDEMNITY CO.(ST. PAUL : 
TRAVELERS COMPANIES), TWIN CITY : 
FIRE INSURANCE CO.(HARTFORD : 
INSURANCE GROUP), UNIONE : 
ITALIANA REINSURANCE CO. OF : 
AMERICA, INC., UTICA MUTUAL : 
INSURANCE CO., ZURICH AMERICAN : 
INSURANCE CO.(FORMERLY ZURICH : 
INSURANCE CO.) AND CERTAIN : 
LONDON MARKET INSURANCE : 
COMPANIES AND PENNSYLVANIA : 
PROPERTY & CASUALTY INSURANCE : 
GUARANTY ASSOCIATION (FORMERLY : 
PENNSYLVANIA INSURANCE : 
GUARANTY ASSOCIATION), : 
: 
    Respondents   : 

## ORDER

**PER CURIAM**

  **AND NOW**, this 22nd day of August, 2018, the Petition for Allowance of Appeal is

**DENIED**.  Joint Application to File Reproduced Record Under Seal and the Application of

Respondent Continental Insurance Company To Seal Information Filed Under Seal in Trial Court are **DENIED**.